UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:10-CV-02695-SCB-EAJ

CHARLES JOHNSON,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC
  and
AMERICAN COLLECTION SERVICES, INC.
  and
HARRIS & HARRIS, LTD., INC.
  and
PROGRESSIVE MANAGEMENT SYSTEMS, INC.,

    Defendants.

_____/

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant, PROGRESSIVE MANAGEMENT SYSTEMS, INC., for itself and for no other defendant, answers Plaintiff, CHARLES M. JOHNSON's Complaint as follows:

1. Answering Paragraph 1 of the Complaint, Defendant admits that in Paragraph 1 Plaintiff alleges Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. Section 1692, et seq., the Fair Credit Reporting Act, 15 U.S.C. Section 1681, et seq., and the Florida Consumer Practices Act, Fla. Stat. Section 559.55, et seq. Defendant denies it violated any of the aforementioned statutes.

2. Answering Paragraph 2 of the Complaint, Paragraph 2 of the Complaint states a legal conclusion and does not require a response from Defendant.

3. Answering Paragraph 3 of the Complaint, Paragraph 3 of the Complaint states a legal conclusion and does not require a response from Defendant.

4. Answering Paragraph 4 of the Complaint, Defendant admits that Plaintiff is an individual. Defendant has insufficient information to admit or deny the remaining allegations and on those grounds, denies the allegations.

5. Answering Paragraph 5 of the Complaint, Defendant admits that Equifax Information Services, Inc. is a consumer reporting agency. Defendant has insufficient information to admit or deny the remaining allegations and on those grounds, denies the allegations.

6. Answering Paragraph 6 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore, Defendant denies same.

7. Answering Paragraph 7 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore, Defendant denies same.

8. Answering Paragraph 8 of the Complaint, Defendant admits each and every allegation contained therein.

9. Answering Paragraph 9 of the Complaint, Defendant denies the allegations as they are directed to Progressive Management Systems, Inc. Defendant has insufficient information to admit or deny the remaining allegations and therefore, Defendant denies same.

10. Answering Paragraph 10 of the Complaint, Defendant denies the allegations as they are directed to Progressive Management Systems, Inc. Defendant has insufficient information to admit or deny the remaining allegations and therefore, Defendant denies same.

11. Answering Paragraph 11 of the Complaint, Defendant denies the allegations as they are directed to Progressive Management Systems, Inc. Defendant has insufficient information to admit or deny the remaining allegations and therefore, Defendant denies same.

12. Answering Paragraph 12 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore, Defendant denies same.

13. Answering Paragraph 13 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore, Defendant denies same.

14. Answering Paragraph 14 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore, Defendant denies same.

15. Answering Paragraph 15 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore, Defendant denies same.

16. Answering Paragraph 16 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore, Defendant denies same.
herein.

17. Answering Paragraph 17 of the Complaint, Defendant denies the allegations as they are directed to Progressive Management Systems, Inc. Defendant has insufficient information to admit or deny the remaining allegations and therefore, Defendant denies same.

18. Answering Paragraph 18 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore, Defendant denies same.

19. Answering Paragraph 19 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore, Defendant denies same.

20. Answering Paragraph 20 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore, Defendant denies same.

21. Answering Paragraph 21 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore, Defendant denies same.

22. Answering Paragraph 22 of the Complaint, Defendant denies that Progressive Management Systems, Inc. caused Plaintiff any damages. Defendant has insufficient information to admit or deny the remaining allegations and therefore, Defendant denies same.

23. Answering Paragraph 23 of the Complaint, Defendant denies that Progressive Management Systems, Inc. caused Plaintiff any damages. Defendant has insufficient information to admit or deny the remaining allegations and therefore, Defendant denies same.

24. Answering Paragraph 24 of the Complaint, Defendant denies that Progressive Management Systems, Inc. caused Plaintiff any damages. Defendant has insufficient information to admit or deny the remaining allegations and therefore, Defendant denies same.

25. Answering Paragraph 25 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore, Defendant denies same.

26. Answering Paragraph 26 of the Complaint, Defendant denies the allegations as they are directed to Progressive Management Systems, Inc. Defendant has insufficient information to admit or deny the remaining allegations and therefore, Defendant denies same.

## COUNT ONE – VIOLATION OF THE FCRA

27. Answering Paragraph 27 of the Complaint, Defendant incorporates by reference all of its foregoing responses to paragraphs 1 - 26.

28. Answering Paragraph 28 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore, Defendant denies same.

29. Answering Paragraph 29 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore, Defendant denies same.

30. Answering Paragraph 30 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore, Defendant denies same.

31. Answering Paragraph 31 of the Complaint, including subsections (a) – (j), Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore, Defendant denies same.

32. Answering Paragraph 32 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore, Defendant denies same.

## COUNT TWO – VIOLATIONS OF THE FCRA

33. Answering Paragraph 33 of the Complaint, Defendant incorporates by reference all of its foregoing responses to paragraphs 1 - 32.

34. Answering Paragraph 34 of the Complaint, Defendant admits the allegations as they pertain to Progressive Management Systems, Inc. Defendant has insufficient information to admit or deny the remaining allegations and therefore, Defendant denies same.

35. Answering Paragraph 35 of the Complaint, including subsections (a) – (h), Defendant denies the allegations as they are directed to Progressive Management Systems, Inc. Defendant has insufficient information to admit or deny the remaining allegations and therefore, Defendant denies same.

36. Answering Paragraph 36 of the Complaint, Defendant denies that Progressive Management Systems, Inc. caused Plaintiff any damages. Defendant has insufficient information to admit or deny the remaining allegations and therefore, Defendant denies same.

## COUNT THREE – FAIR DEBT COLLECTION PRACTICES ACT

37. Answering Paragraph 37 of the Complaint, Defendant incorporates by reference all of its foregoing responses to paragraphs 1 - 36.

38. Answering Paragraph 38 of the Complaint, Defendant admits the allegations as they pertain to Progressive Management Systems, Inc. Defendant has insufficient information to admit or deny the remaining allegations and therefore, Defendant denies same.

39. Answering Paragraph 39 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore, Defendant denies same.

40. Answering Paragraph 40 of the Complaint, Defendant denies the allegations as they are directed to Progressive Management Systems, Inc. Defendant has insufficient information to admit or deny the remaining allegations and therefore, Defendant denies same.

41. Answering Paragraph 41 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore, Defendant denies same.

42. Answering Paragraph 42 of the Complaint, including subsections (a) – (c), Defendant denies the allegations as they are directed to Progressive Management Systems, Inc. Defendant has insufficient information to admit or deny the remaining allegations and therefore, Defendant denies same.

43. Answering Paragraph 42 of the Complaint, Defendant denies the allegations as they are directed to Progressive Management Systems, Inc. Defendant has insufficient information to admit or deny the remaining allegations and therefore, Defendant denies same.

44. Answering Paragraph 44 of the Complaint, Defendant denies that Progressive Management Systems, Inc. caused Plaintiff any damages. Defendant has insufficient information to admit or deny the remaining allegations and therefore, Defendant denies same.

**COUNT FOUR – FLORIDA CONSUMER COLLECTION PRACTICES ACT**

45. Answering Paragraph 45 of the Complaint, Defendant incorporates by reference all of its foregoing responses to paragraphs 1 - 44.

46. Answering Paragraph 46 of the Complaint, Defendant admits the allegations as they pertain to Progressive Management Systems, Inc. Defendant has insufficient information to admit or deny the remaining allegations and therefore, Defendant denies same.

47. Answering Paragraph 47 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore, Defendant denies same.

48. Answering Paragraph 48 of the Complaint, Defendant denies the allegations as they are directed to Progressive Management Systems, Inc. Defendant has insufficient information to admit or deny the remaining allegations and therefore, Defendant denies same.

49. Answering Paragraph 49 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore, Defendant denies same.

50. Answering Paragraph 50 of the Complaint, including subsections (a) – (c), Defendant denies the allegations as they are directed to Progressive Management Systems, Inc. Defendant has insufficient information to admit or deny the remaining allegations and therefore, Defendant denies same.

51. Answering Paragraph 51 of the Complaint, Defendant denies the allegations as they are directed to Progressive Management Systems, Inc. Defendant has insufficient information to admit or deny the remaining allegations and therefore, Defendant denies same.

52. Answering Paragraph 52 of the Complaint, Defendant denies that Progressive Management Systems, Inc. caused Plaintiff any damages. Defendant has insufficient information to admit or deny the remaining allegations and therefore, Defendant denies same.

53.     Answering Paragraph 53 of the Complaint, Defendant denies that Plaintiff is entitled to the requested relief.

54.     Answering Paragraph 54 of the Complaint, no response is required.

55.     Answering the Prayer for Relief, Defendant denies that Progressive Management Systems, Inc. caused Plaintiff any damages. Therefore, Plaintiff is not entitled to any of the relief requested or any other relief.

## AFFIRMATIVE DEFENSES

56.     Defendant asserts the following Affirmative Defenses to the Complaint.

## FIRST AFFIRMATIVE DEFENSE

57.     As a separate affirmative defense, Defendant alleges that the Complaint, and each and every purported cause of action contained therein, fails to state facts sufficient to constitute a cause of action.

## SECOND AFFIRMATIVE DEFENSE

58.     As a separate affirmative defense, Defendant alleges that the alleged actions of Defendants were proper and did not violate any provisions of any Federal or State statute.

## THIRD AFFIRMATIVE DEFENSE

59.     As a separate affirmative defense, Defendant alleges that at all times mentioned in the Complaint, Defendant acted lawfully and within its legal rights, with a good faith belief in the exercise of those rights, and in the furtherance of a legitimate business purpose. Further, Defendant acted in good faith in the honest belief that the acts, conduct and communications, if any, of the Defendant were justified under the circumstances based on information reasonably available to Defendant.

## FOURTH AFFIRMATIVE DEFENSE

60. As a separate affirmative defense, Defendant alleges that the alleged actions of Defendant were not accompanied by actual malice, intent or ill will.

### FIFTH AFFIRMATIVE DEFENSE

61. As a separate affirmative defense, Defendant alleges that Defendant's conduct, communications and actions, if any, were privileged.

### SIXTH AFFIRMATIVE DEFENSE

62. As a separate affirmative defense, assuming arguendo that this Defendant violated a statute alleged in the complaint, which presupposition the Defendant denies, such violation was not intentional and resulted from a bona fide error, notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

### SEVENTH AFFIRMATIVE DEFENSE

63. As a separate affirmative defense, Defendant alleges that Plaintiff is barred from any recovery against Defendant by the doctrine of laches.

### EIGHTH AFFIRMATIVE DEFENSE

64. As a separate affirmative defense, Defendant alleges that it, at all times alleged in the Complaint, maintained reasonable procedures created to prevent any type of intentional violations of the FDCPA.

### NINTH AFFIRMATIVE DEFENSE

65. As a separate affirmative defense, Defendant alleges that if Plaintiff was damaged in any sum or sums alleged, which Defendant denies, then Plaintiff's damages are limited by 15 U.S.C. Sections 1692k(a)(1), 1692k(a)(2)(A), 1692k(a)(3), and 1692k(b)(1).

### TENTH AFFIRMATIVE DEFENSE

66.     As a separate affirmative defense, Defendant alleges that their actions were privileged pursuant to Federal and State Common Law.

### ELEVENTH AFFIRMATIVE DEFENSE

67.     As a separate affirmative defense, Defendant alleges that if Plaintiff was damaged in any sum or sums alleged, which Defendant denies, Plaintiff failed to mitigate damages.

### TWELFTH AFFIRMATIVE DEFENSE

68.     As a separate affirmative defense, Defendant alleges that if Plaintiff was damaged in any sum or sums alleged, which Defendant denies, Defendant's alleged acts or omissions were not a proximate cause of said damages.

### THIRTEENTH AFFIRMATIVE DEFENSE

69.     As a separate affirmative defense, Defendant alleges that Plaintiff is barred from any recovery against Defendant by the applicable statutes of limitations.

### FOURTEENTH AFFIRMATIVE DEFENSE

70.     This answering defendant presently has insufficient knowledge or information on which to form a belief as to whether there may be additional, as yet, unstated separate defenses available.  This answering defendant reserves herein the right to assert additional defenses in the event that the discovery indicates they would be appropriate.

WHEREFORE, this answering Defendant prays:

For a judgment in favor of Defendant, and against Plaintiff, and that Plaintiff take nothing by reason of said Complaint.

/ / /

/ / /

/ / /

   That this answering Defendant be awarded cost of suit herein and such other further relief as the Court deems just.

                Respectfully submitted,

                LEWIS BRISBOIS BISGAARD & SMITH LLP


                *s/ Kevin M. Vannatta*
                KEVIN M. VANNATTA, ESQ.
                Florida Bar No.: 872946
                200 Southwest 1st Avenue, Suite 910
                Fort Lauderdale, FL 33301-1814
                Tel: 954-728-1280
                Fax: 954-728-1282
                E-Mail: vannatta@lbbslaw.com

                Attorney for Defendant, THE BRACHFELD LAW GROUP, P.C.

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on May 9, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certified that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                LEWIS BRISBOIS BISGAARD & SMITH LLP


                *s/ Kevin M. Vannatta*
                KEVIN M. VANNATTA
                Florida Bar No.: 872946
                E-Mail: vannatta@lbbslaw.com
                200 SW 1st Avenue, Suite 910
                Fort Lauderdale, Florida 33301
                Tel: 954-728-1280
                Fax: 954-728-1282

                Attorney for Defendant, THE BRACHFELD LAW GROUP, P.C.