UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:10-CV-02695-SCB-EAJ

**CHARLES JOHNSON,**

 **Plaintiff,**

v.

**EQUIFAX INFORMATION SERVICES, LLC**
 **and**
**AMERICAN COLLECTION SERVICES, INC.**
 **and**
**HARRIS & HARRIS, LTD., INC.**
 **and**
**PROGRESSIVE MANAGEMENT SYSTEMS, INC.,**

 **Defendants.**

_____/

## DEFENDANT, PROGRESSIVE MANAGEMENT SYSTEMS'S RULE 7.1 DISCLOSURE STATEMENT

 Defendant, PROGRESSIVE MANAGEMENT SYSTEM, by and through its undersigned counsel, hereby submits the following Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

 1. PROGRESSIVE MANAGEMENT SYSTEMS is a non-governmental corporate entity incorporated under the laws of the State of California.

 2. There is no parent corporation of PROGRESSIVE MANAGEMENT SYSTEMS.

3. There is no publicly held corporation owning 10% or more of the stock of PROGRESSIVE MANAGEMENT SYSTEMS.

Dated: May 9, 2011

Respectfully submitted,

*s/ Kevin M. Vannatta*
KEVIN M. VANNATTA, ESQ.
Lewis Brisbois Bisgaard & Smith LLP
200 S.W. 1st Avenue, Suite 910
Fort Lauderdale, Florida 33301
Telephone: 954.728.1280
Facsimile: 954.728.1282
Florida Bar Number: 872946
Email: vannatta@lbbslaw.com
*Attorneys for PROGRESSIVE MANAGEMENT SYSTEMS*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 9, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certified that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*s/ Kevin M. Vannatta*
KEVIN M. VANNATTA
Florida Bar No.: 872946
E-Mail: vannatta@lbbslaw.com
200 SW 1st Avenue, Suite 910
Fort Lauderdale, Florida 33301
Tel: 954-728-1280
Fax: 954-728-1282
Attorney for Defendant,
PROGRESSIVE MANAGEMENT SYSTEMS

Case 8:10-cv-02695-SCB-EAJ Document 18 Filed 05/09/11 Page 3 of 3 PageID 78

4852-8403-4569.1

3